No. 00–1331. GADSON ET AL. *v.* WALKER ET AL. C. A. 7th Cir. Motion of respondent Baxter Healthcare for leave to file Rule 29.6 corporate disclosure statement under seal granted. Motion of respondents Armour Pharmaceutical Co. et al. for leave to lodge Court of Appeals appendix under seal granted. Certiorari denied. JUSTICE O'CONNOR and JUSTICE BREYER took no part in the consideration or decision of these motions and this petition. 

No. 00–1334. KENNEDY ET AL. *v.* FRIGIDAIRE, INC., ET AL. Ct. Civ. App. Ala. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition. 

No. 00–1446. INWOOD INTERNATIONAL CO. *v.* WAL-MART STORES, INC., ET AL. C. A. Fed. Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition. 

No. 00–8584. RASTEN *v.* WELLS FARGO SECURITY. C. A. 1st Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.